**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

RONALD DERBY
   Plaintiff

Case: 13-cv-14261-ROSENBERG/LYNCH

-v-

FILED by _____ D.C.

FEB 10 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

ZAKHEIM & LAVRAR, PA
   Defendant

_____/

## PLAINTIFFS MOTION FOR RESCHEDULING CASE DUE TO DEBILITATING MEDICAL COMPLICATIONS

Plaintiff makes this request pursuant to Rule 16(b)(4) to enlarge discovery and reschedule the remaining dates on the calendar for this case due to debilitating physical limitations and scheduling of inpatient surgical procedures. At this time, it is unknown as to the recovery time necessary, however, Plaintiff believes that 90 days should be sufficient to allow for recovery. Please find attached exhibit.

Plaintiff's medical complications have made discovery and trial preparation prohibitive.

This is not an attempt to prejudice the Court. Defendant will not be prejudiced in this rescheduling of the case.

Defendant desires to depose Plaintiff, however Plaintiff is under doctor's orders not to travel.

                Respectfully,

                */s/ Ronald Derby*
                RONALD DERBY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this ___5th___ of February, 2015.

Respectfully,

*[signature]*
RONALD DERBY
4505 Redwood Drive
Fort Pierce, Florida 34951
(772) 464-0031
derbymar@aol.com

## SERVICE LIST

HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, FL 33134
David P. Harnett (FBN 946631)
dharnett@hinshawlaw.com
Barbara Fernandez (FBN 493767)
bfernandez@hinshawlaw.com