UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14261-CIV-ROSENBERG/LYNCH

RONALD DERBY,

    Plaintiff,

v.

ZAKHEIM & LAVRAR, P.A.,

    Defendant.

_____/

FILED by ___ D.C.
MAR 1 8 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### ORDER ON DEFENDANT'S MOTION TO COMPEL [D.E. #42]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion and noting that the Plaintiff has not filed a response in respect thereto and that the time for filing a response has expired, this Court makes the following findings:

    1.    This Court previously entered an Order [D.E. #39] on January 28, 2015 ordering the Plaintiff to provide all discovery responses to Defendant's Request for Production and Interrogatories to be served upon counsel for the Defendant no later than February 4, 2015. The present motion reflects that the Plaintiff has willfully failed to comply with this Court's previous Order in that regard. The present motion seeks three things. First, the Defendant seeks to compel the Plaintiff's deposition. Secondly, the motion seeks to compel the Plaintiff's responses to the Defendant's Interrogatories. Thirdly, the motion seeks to compel the Plaintiff to provide copies of all documents sought by the Defendant's Request for Production.

2.	In light of the fact that the Plaintiff has willfully failed to comply with this Court's previous Order directing such responses to the Interrogatories and Request for Production to be served upon Defendant's counsel no later than February 4, 2015, this Court will grant this motion and also impose attorney's fees as sanctions.

3.	This Court will also advise the Plaintiff that his failure to comply with the terms of this Order could result in further sanctions including, but not limited to, award of attorney's fees, award of costs, striking of pleadings, and dismissal of claims.

It is therefore

**ORDERED AND ADJUDGED** that the Motion to Compel [D.E. #42] is **GRANTED** and the Plaintiff shall provide written responses to all Interrogatories and copies of all documents responsive to the Request for Production to counsel for the Defendant **no later than March 24, 2015**, it is further

**ORDERED AND ADJUDGED** that the Plaintiff shall submit himself for the taking of a deposition by the Defendant at a time duly noticed by the Defendant with notice to the Plaintiff and said deposition shall take place **no later than April 18, 2015**, it is further

**ORDERED AND ADJUDGED** that the Defendant is awarded the sum of $500.00 as reasonable attorney's fees for having to bring this motion before the Court to compel the Plaintiff to comply with the Court's previous Orders and to provide discovery in accordance with the Federal Rules of Civil Procedure, and said attorney's fees shall be paid to counsel for the Defendant **no later than April 18, 2015**.

**DONE AND ORDERED** this /8th day of March, 2015, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
David P. Hartnett, Esq.

Ronald Derby, pro se
4505 Redwood Dr.
Fort Pierce, FL 34951